

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00323-CR

Audrey **MCKNIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2621
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 18, 2013.

Catherine Stone, Chief Justice